United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONNIE K. DREES, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:20-cv-03607 |
| § | |
| PHILADELPHIA AMERICAN LIFE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas on January 19, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE